# UNITED STATES DISTRICT COURT
for the
## Eastern District of California


FILED
OCT 2 1 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) ) |
| STEVE HOWARD LAZAR, | ) ) |

Case No. 5:19-po-00295-JLT

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall notify the Court and defendant's counsel of any change of address; and

(4) The defendant must appear at: United States Courthouse, 510 19th Street, Bakersfield, CA 93301
*Place*

on 3/3/2020 at 09:00 AM
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 10/21/2019          _____
                          *Defendant's signature*

Date: 10/21/2019          _____
                          *Judicial Officer's Signature*
                          Jennifer L. Thurston, U.S. Magistrate Judge
                          *Printed name and title*