LAW OFFICE OF EMILY DELEON
EMILY DELEON, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661) 326-0857
Email: emily@lawdeleon.com

Attorney for:
STEVE LAZAR

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff<br><br>STEVE LAZAR,<br><br>    Defendants. | Case No. 5:19-PO-00295-JLT<br><br>STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT; HONORABLE JENNIFER L. THURSTON; AND WILLIAM B. TAYLOR, SPECIAL ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, STEVE LAZAR, by and through his attorney of record, EMILY DELEON, hereby requesting that the Status Conference currently set for Tuesday, March 3, 2020 be continued to September 1, 2020 at 9:00 a.m. in front of Honorable Jennifer L. Thurston. The parties have conferred and agreed to this proposed continuance given that Mr. Lazar has completed the 100 hours of ordered community service and paid the court fine in its entirety.

**IT IS SO STIPULATED.**

DATED: 2/11/2020

Respectfully Submitted,
*/s/ Emily Deleon*
EMILY DELON
Attorney for Defendant
STEVE LAZAR

1

DATED: 2/11/2020                                    */s/ William B. Taylor*
                                                    WILLIAM B. TAYLOR
                                                    Special Assistant U.S. Attorney

## **ORDER**

IT IS SO ORDERED that the STATUS CONFERENCE set for March 3, 2020 is continued to September 1, 2020 at 9:00 a.m.

IT IS SO ORDERED.

   Dated:   **February 12, 2020**                    /s/ Jennifer L. Thurston
                                                    UNITED STATES MAGISTRATE JUDGE