**LAW OFFICE OF EMILY DE LEON**
Emily De Leon, SBN 296416
1318 K Street
Bakersfield, CA 93301
Tel: (661)326-0857
Email: emily@lawdeleon.com

Attorney for:
STEVE LAZAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT of CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STEVE LAZAR,<br><br>　　　　Defendant | Case No.: 5:19-PO-00295-JLT<br><br>**DEFENDANTS REQUEST AND WAIVER OF APPEARANCE** |

Pursuant to Federal Rule of Criminal Procedure 43(b)(2), Defendant Steve Lazar, having been advised of his right to be personally present at all stages of the proceedings, hereby requests that this Court permit him to waive his right to personally appear for any and all proceedings in this matter. Mr. Lazar agrees that his interests shall be represented at all times by the presence of his attorney Emily de León, the same as if Mr. Lazar were personally present. This court has the discretion under Rule 43(b)(2) to permit the defendant's absence.

Date: 02/11/20                                            */s/ Steve Lazar*_____
                                                                    Steve Lazar

Date: 02/11/20                                            __*/s/ Emily de Leon*_____
                                                                    EMILY DE LEON
                                                                    Attorney for Defendant

**ORDER**

Good cause appearing,

**IT IS HEREBY ORDERED** the Court grants Defendant Lazar's request for waiver of his personal appearance for all proceedings in this matter.

IT IS SO ORDERED.

Dated: **February 12, 2020**          /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE