# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br>v.<br><br>STEVEN H. LAZAR,<br><br>              Defendant. | Case No. 5:19-po-00295-JLT<br><br>**DEFENDANT'S STATUS REPORT<br>ON COURT-SUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on Court-supervised probation:

| | |
|---|---|
| **Convicted of:** | Operating a Vehicle at a speed in excess of the speed limit, in violation of 36 C.F.R. Section 4.21(c) |
| **Sentence Date:** | October 21, 2019 |
| **Review Hearing Date:** | September 1, 2020 |
| **Probation Expires On:** | October 21, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; notify the court and, if represented by Counsel, your counsel of any change of address and contact number; and notify the Court of any material change in defendant's economic circumstances that might affect defendant's ability to pay the full financial obligation.

☒ **Monetary Fines & Penalties in Total Amount of:** $1530 which Total Amount is made up of a Fine: $ 1500; Special Assessment: $30.

☒ Payment schedule: to be paid in full by November 21, 2019.

☒ Community Service hours Imposed of: 100 hours, to be completed by 02/21/2020

☐ Other Conditions:

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

  If so, describe arrest/charge/citation (location, court, date & offense):

☐ To date, Defendant has paid $

  ☐ If not paid in full when was last time payment:     Date:
                                                          Amount:

☐ To date, Defendant has performed      hours of community service.

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

DATED: August 20, 2020           */s/ Philip Tankovich*
                                              PHILIP TANKOVICH
                                              Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, Mr. Lazar asks the Court for and moves for the following:

☒ that the review hearing set for 9/1/2020 at 9:00 a.m.

    ☐ be continued to [date] or

    ☒ be vacated.

☐ that Defendant's appearance for the review hearing be waived.

DATED: August 20, 2020           */s/ Emily de Leon*
                                              Emily de Leon
                                              Law Office of Emily de Leon
                                              Attorney for Defendant

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated: __**August 20, 2020**__              _____/s/ Jennifer L. Thurston_____
                                         UNITED STATES MAGISTRATE JUDGE